1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  ROSENBALM    VINCENT    LEE
3           (Last)              (First)              (Initial)

4  Prisoner Number  2069375

5  Institutional Address  2100 NAPA VALLEJO HIGHWAY
6           NAPA, CA 94558

(PR)

SI

7           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

8  VINCENT ROSENBALM
9  (Enter the full name of plaintiff in this action.)

CV 08    3643

10          vs.                                    Case No. CV08-3436
                                                  (To be provided by the Clerk of Court)
11  ED FOULK
                                                  COMPLAINT UNDER THE
12                                                CIVIL RIGHTS ACT,
                                                  Title 42 U.S.C § 1983
13
                                                  INCLUDED WITH
14                                                HABEAS CORPUS
   (Enter the full name of the defendant(s) in this action)
15

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.     Exhaustion of Administrative Remedies.

18         [**Note:** You must exhaust your administrative remedies before your claim can go

19         forward. The court will dismiss any unexhausted claims.]

20         A.    Place of present confinement  NAPA STATE Hospital

21         B.    Is there a grievance procedure in this institution?

22               YES (✓)    NO ( )

23         C.    Did you present the facts in your complaint for review through the grievance

24               procedure?

25               YES (✓)    NO ( )

26         D.    If your answer is YES, list the appeal number and the date and result of the

27               appeal at each level of review. If you did not pursue a certain level of appeal,

28               explain why.

COMPLAINT                        - 1 -

1. Informal appeal **Letter ED FOULK 7/24/08**

2. First formal level **NAPA superior court HABeas CORPUS writ**

3. Second formal level **UNitED STATES DistRict CouRt FOR CASE NO: CV08-3436 HABeas CORPUS PENDiNG**

4. Third formal level **UNitED STATES District CouRt 42 U.S.C. 1983 Civil Rights Complaint**

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558**

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

**ED FOULK - EXECUTIVE DIRECTOR   NAPA State Hospital**

COMPLAINT - 2 -

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1) MY COMMITMENT ORDER WAS VACATED ON 7/9/08 - SUPREME COURT OF CALIFORNIA
2) 16 DAYS LATER I REMAIN ILLEGALLY IMPRISONED AND LEGALLY THE STATE HAD 15 DAYS TO CHARGE ME OR RELEASE ME!
3) I AM ILLEGALLY IMPRISONED
4) I BELIEVE DAY 81 OF 60 SPEEDY TRIAL
5) ED FOULK-EXECUTIVE DIRECTOR OF NAPA STATE HOSPITAL IS IN CONTEMPT OF COURT AND GUILTY OF KIDNAPPING
SEE ATTACHMENT (ARREST WARRANT)

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I WANT A JUDGMENT OF $15 MILLION DOLLARS FOR ILLEGAL IMPRISONMENT AND HUNDREDS OF CRIMES COMMITTED AGAINST ME.

COMPLAINT                               - 3 -

1  I WOULD LIKE VICTIM WITNESS RELOCAT-
2  ION HELP DUE TO HATE CRIMES BY
3  UKIAH POLICE / MY HOUNDS RETURNED
4  RELEASE FROM Illegal CUSTODY

5  I declare under penalty of perjury that the foregoing is true and correct.

7  Signed this ___24___ day of ___JULY___, 20_08_

9  _Vincent Rosenbalm_
10  (Plaintiff's signature)

COMPLAINT                           - 4 -

AO 442    (Rev. 10/03) Warrant for Arrest

## UNITED STATES DISTRICT COURT
NORTHERN    District of    CALIFORNIA

UNITED STATES OF AMERICA

V.

ED FOULK

**WARRANT FOR ARREST**

Case Number: CV08-3436

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ED FOULK
                                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense) 1) CONTEMPT OF COURT 2) KIDNAPPING

in violation of Title    18    United States Code, Section(s)    242

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 10/03) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____

PROOF OF SERVICE                    7/24/08

I am Vincent Rosenbalm an american citizen over 18 years of age

CASE NO: CV08-3436 SI

ON 7/24/08 I served the within
 1) 42 U.S.C. 1983 FORM
 2) ARREST WARRANT
 3) FINANCIAL PAPERS
by placing a copy in the Napa State Hospital Mail addressed to: Court Clerk
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102

From
Vincent Rosenbalm
2100 Napa Vallejo Highway
Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm

FILED
09 JUL 28 PM 1:08
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA