FILED
08 JUL 30 AM 11:47
RICHARD W. WIEKING
US DISTRICT COURT

(PR)

SI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    3643

VINCENT ROSENBALM
            Plaintiff,

vs.

EO FOULK
            Defendant.

CASE NO. CV08-3436

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

28 U.S.C. 1915(g)
DUE to HATE CRIMES

I, VINCENT ROSENBALM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $20-25 week   Net: Approx $20-25 week
Employer: NAPA STATE HOSPITAL
2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received.   (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _____
5   _____
6   _____
7   2.      Have you received, within the past twelve (12) months, any money from any of the
8   following sources:
9       a.   Business, Profession or              Yes ✓  No ___
10                self employment
11      b.   Income from stocks, bonds,           Yes ___ No ✓
12               or royalties?
13      c.   Rent payments?                       Yes ___ No ✓
14      d.   Pensions, annuities, or              Yes ___ No ✓
15               life insurance payments?
16      e.   Federal or State welfare payments,   Yes ✓  No ___
17               Social Security or other govern-
18               ment source?
19   If the answer is "yes" to any of the above, describe each source of money and state the amount
20   received from each.
21   __12⁵⁰ MONTH  HOSPITAL WELFARE_____
22   __3²⁵ AUTHOR HOUSE BOOK_____
23   3.      Are you married?                     Yes ___ No ✓
24   Spouse's Full Name: _____
25   Spouse's Place of Employment: _____
26   Spouse's Monthly Salary, Wages or Income:
27   Gross $_____ Net $_____
28   4.  a.  List amount you contribute to your spouse's support: $ _____

*ALL FINANCIALS ESTIMATES*

1  b. List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5     _JDR (17)_
6     _NO SUPPORT AT PRESENT (Illegal Imprisonment)_
7  5. Do you own or are you buying a home?     Yes ___ No _✓_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?  (2)   Yes _✓_ No ___
10 Make _SUBARU_  Year _92, 93_  Model _Legacy_
11 Is it financed? Yes ___ No _✓_ If so, Total due: $ _0_
12 Monthly Payment: $ _0_
13 7. Do you have a bank account? Yes ___ No _0_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes _✓_ No ___ Amount: $ _Approx $ 20_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes _✓_ No ___
20 _PERSONAL PROPERTY Approx $ 15,000.00_
21 8. What are your monthly expenses?
22 Rent: $ ___0___   Utilities: ___0___
23 Food: $ ___0___   Clothing: ___0___
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 _____              $ ___0___               $ ___0___
27 _____              $ ___0___               $ ___0___
28 _____              $ ___0___               $ ___0___

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

STUDENT LOANS          Approx $5-10,000.00
CREDIT CARD DEBT       Approx $5-10,000.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____Ø_____
_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/24/08                          Vincent Rosenbalm
DATE                             SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Vincent Rosenbalm** [prisoner name] for the last six months **Napa State Hospital** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **74.04** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **48.47**.

Dated: **7/14/08**

_____
[Authorized officer of the institution]

- 5 -

> CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

7/18/2008
9:40:46AM

**NAPA STATE HOSPITAL**
**TRUST ACCOUNT / CASHIERS' SYSTEM II**
Patient Ledger Report

Page 1 of 1

2069375    ROSENBALM, VINCENT

|    | TransDate  | Doc No.    | Item                                            | Comment                | Withdrawl | Deposit  | Balance  |
|----|------------|------------|-------------------------------------------------|------------------------|-----------|----------|----------|
| 1  | 12/03/2007 | 16-75436   | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200         | BLOOMINGTON IN 47403   |           | $3.25    | $3.25    |
| 2  | 12/11/2007 | 16-75478   | CCK-UNKNOWN SENDER                              | CCK-UNKNOWN SENDER     |           | $50.00   | $53.25   |
| 3  | 12/17/2007 | 13-154774  | Cash Disbursement                               | cl v463                | $33.25    |          | $20.00   |
| 4  | 12/24/2007 | 13-154828  | Cash Disbursement                               | cl v485                | $10.00    |          | $10.00   |
| 5  | 01/04/2008 | 13-154914  | Misc Disbursement                               | NSH-COPY CARD V518     | $10.00    |          | $0.00    |
| 6  | 01/22/2008 | 18-075585  | AB1013 Funds                                    | $12.50 Receipts        |           | $12.50   | $12.50   |
| 7  | 01/28/2008 | 13-155104  | Cash Disbursement                               | cl v580                | $12.50    |          | $0.00    |
| 8  | 02/21/2008 | 18-075665  | AB1013 Funds                                    | $12.50 Receipts        |           | $12.50   | $12.50   |
| 9  | 02/25/2008 | 13-155262  | Cash Disbursement                               | cl v649                | $12.50    |          | $0.00    |
| 10 | 03/20/2008 | 17-75749   | PP P/E 3/21/08                                  | PP P/E 3/21/08         |           | $75.33   | $75.33   |
| 11 | 03/24/2008 | 13-155495  | Cash Disbursement                               | cl v728                | $12.50    |          | $62.83   |
| 12 | 04/01/2008 | 13-155540  | Cash Disbursement                               | CL V750                | $45.00    |          | $17.83   |
| 13 | 04/07/2008 | 13-155579  | Cash Disbursement                               | cl v765                | $17.83    |          | $0.00    |
| 14 | 04/17/2008 | 17-75845   | PP P/E 4/18/08                                  | PP P/E 4/18/08         |           | $39.30   | $39.30   |
| 15 | 04/22/2008 | 13-155712  | Misc Disbursement                               | COPY CARD              | $20.00    |          | $19.30   |
| 16 | 04/28/2008 | 13-155748  | Cash Disbursement                               | CL V-830               | $19.00    |          | $0.30    |
| 17 | 05/01/2008 | 17-75890   | PP P/E 5/2/08                                   | PP P/E 5/2/08          |           | $39.30   | $39.60   |
| 18 | 05/05/2008 | 13-155792  | Cash Disbursement                               | cASHLIST v-851         | $39.00    |          | $0.60    |
| 19 | 06/05/2008 | 17-75989   | PP P/E 6/6/08                                   | PP P/E 6/6/08          |           | $147.38  | $147.98  |
| 20 | 06/09/2008 | 13-156006  | Cash Disbursement                               | CL V946                | $40.00    |          | $107.98  |
| 21 | 06/13/2008 | 13-156054  | Misc Disbursement                               | NSH-COPY CARD V965     | $15.00    |          | $92.98   |
| 22 | 06/16/2008 | 13-156066  | Cash Disbursement                               | cl v966                | $20.00    |          | $72.98   |
| 23 | 06/19/2008 | 17-76052   | PP P/E 6/20/08                                  | PP P/E 6/20/08         |           | $49.13   | $122.11  |
| 24 | 06/30/2008 | 13-156175  | Cash Disbursement                               | Cashlist V-1010        | $27.98    |          | $94.13   |
| 25 | 07/07/2008 | 13-156219  | Cash Disbursement                               | cl v13                 | $20.00    |          | $74.13   |
| 26 | 07/10/2008 | 17-76129   | PP P/E 7/11/08                                  | PP P/E 7/11/08         |           | $68.78   | $142.91  |
| 27 | 07/11/2008 | 13-156250  | Misc Disbursement                               | NSH-COPY CTR V30       | $10.00    |          | $132.91  |
| 28 | 07/14/2008 | 13-156254  | Cash Disbursement                               | cl v32                 | $23.69    |          | $109.22  |

**TOTAL WITHDRAWLS / DEPOSITS:**                                                                 $388.25    $497.47



Return address (handwritten):
Vincent Posenham
2100 Napa Vallejo Highway
Napa, CA 94558

RECEIVED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL
Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

Postmark: OAKLAND JUL 25