U.S. DISTRICT CASE NO:

FILED
AUG 13 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8/8/08

C08-3643SI

Court Clerk Richard Wieking

My address has changed temporarily to:

Vincent Rosenbalm
951 Low Gap Road
Ukiah, CA 95482

I went to court in Ukiah last week and was told I would be immediately sent back to Napa, yet have remained here for 10 days?

I am not sure what is happening to me with my transfer, will keep you notified.

Vincent Rosenbalm

I have no access to my U.S. District Court paperwork and it may be months before I do?



