**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. <br><br> VINCENT ROSENBALM, <br><br> Plaintiff. <br> _____/ | No. C 08-3508 SI (pr) <br> No. C 08-3643 SI (pr) <br> No. C 08-5239 SI (pr) <br> No. C 08-5335 SI (pr) <br> No. C 08-5459 SI (pr) <br><br> **JUDGMENT** |

    Each of these actions is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 4, 2009

                                                SUSAN ILLSTON
                                       United States District Judge